UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO GOMEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:20-cv-0284 JLT <br><br> ORDER LIFTING THE STAY |

This action was stayed due to the Commissioner's inability to prepare a certified copy of the administrative record with limitations caused by the COVID-19 pandemic. (Doc. 10)  General Order No. 615 allows the stay to be lifted when "i) the Commissioner files a proof of service showing that the CAR has been served on Plaintiff; or ii) the Commissioner files the CAR."  The Commissioner has now filed the certified administrative record.  (Doc. 12) Accordingly, the Court **ORDERS**:

1. The stay is **LIFTED**; and
2. Plaintiff **SHALL** serve a letter brief within thirty days of service of this order.

IT IS SO ORDERED.

Dated:   **September 9, 2020**          /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE