**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCIO GOMEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 20:-cv-0284 JLT<br><br>ORDER GRANTING THE COMMISSIONER'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 17) |

　　　On October 20, 2020, the parties stipulated for the Commissioner to have an extension of time to serve a response to Plaintiff's confidential letter brief. (Doc. 17)  Notably, the Scheduling Order provides for a single extension of thirty days by stipulation (*see* Doc. 5 at 3), and the requested extension complies with the terms of the Scheduling Order. Accordingly, the Court **ORDERS**:

　　　1.　The request for an extension of time (Doc. 17) is **GRANTED**; and

　　　2.　The Commissioner **SHALL** serve a letter brief no later than **November 23, 2020**.

IT IS SO ORDERED.

　Dated:　**October 20, 2020**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE