**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCIO GOMEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:20-cv-0284  JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF, LUCIO GOMEZ, AND AGAINST DEFENDANT, ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |

On November 12, 2020, Plaintiff and the Commissioner of Social Security stipulated to a voluntary remand of Plaintiff's appeal pursuant to sentence four of 42 U.S.C. § 405(g), for an ALJ to re-evaluate the evidence, obtain additional vocational expert testimony if deemed necessary, and issue a new decision. (Doc. 19)  Based upon the stipulation of the parties, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Lucio Gomez, and against Defendant Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **November 12, 2020**            **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE